**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-6856**

―――――――――

ANTHONY T. SMITH, JR.,

                                    Petitioner - Appellant,

        versus

DEAN R. WALKER,

                                    Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  James C. Fox, Chief District
Judge.  (CA-96-1002-5-F3)

―――――――――

Submitted:  September 25, 1997      Decided:  October 21, 1997

―――――――――

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

―――――――――

Dismissed unpublished per curiam opinion.

―――――――――

Anthony T. Smith, Jr., Appellant Pro Se.  Clarence Joe DelForge,
III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh,
North Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Smith v. Walker, No. CA-96-1002-5-F3 (E.D.N.C. June 3, 1997). Further, we deny Appellant's motion seeking appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2